AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**TERRY WILLIAMS**
DOB: xx/x/xx
PDID: xxx-xxx

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   On or about <u>March 5, 2008</u> in, in the  District of <u>COLUMBIA</u> defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title  <u>   21   </u>  United States Code, Section(s)  <u>   841(a)(1)   </u>  .

I further state that I am  <u>   **INVESTIGATOR DEVINCI WOODEN**   </u>, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant
**INVESTIGATOR DEVINCI WOODEN**
**MPD-NARCOTICS SPECIAL**
**INVESTIGATIONS DIVISION**

Sworn to before me and subscribed in my presence,

_____     at     <u>   Washington, D.C.   </u>
Date                                                                              City and State

_____           _____
**Name & Title of Judicial Officer**                       **Signature of Judicial Officer**

**STATEMENT OF FACTS**

On Wednesday, March 5, 2008, sworn officers of the Metropolitan Police Department executed a District of Columbia, Superior Court search warrant at 5020 Just Street, NE, Washington, D.C. Before entering the premises, officers stopped defendant Terry Williams who was standing in front of the residence. Once inside officers recovered a bottle of Quinine, three digital scales, multiple unused ziplock bags, rubber gloves, twelve ziplocks with a rock-like substance weighing approximately 53 grams, two knotted pieces of plastic containing a rock-like substance weighing approximately 58 grams, four clear ziplocks containing a dark brown like substance weighing approximately 4 grams, one knotted piece of plastic containing a dark brown like substance weighing approximately 11 grams, and approximately $10,050 of United States currency. Also recovered from the premises was mail matter in the defendants name and photographs of the defendant. Officers placed the defendant under arrest and recovered from the defendant was approximately $670 of United States currency. Defendant stated that he was the lessee of the premises. A portion of the rock like substance field tested positive for cocaine base and a field test of the dark brown like substance tested positive for opiates. The approximate weight of the suspected crack cocaine is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant.

INVESTIGATOR DEVINCI WOODEN
MPD-NARCOTIC SPECIAL INVESTIGATIONS DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THIS ____ DAY OF MARCH, 2008.

U.S. MAGISTRATE JUDGE