UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :
                             :
         v.                  :     Case No.: 1:08-mj-00167-1
                             :     Judge John M. Facciola
TERRY WILLIAMS               :     Pending Grand Jury
                             :
         Defendant.          :
=================================

## NOTICE OF APPEARANCE

TO THE CLERK OF THE AFORESAID COURT:

    Kindly enter the appearance of undersigned counsel as the attorney of record on behalf of the defendant in the above-captioned case.

        Terry Williams
        By Counsel

        Respectfully submitted,

        _____/S/_____
        Billy L. Ponds
        The Ponds Law Firm
        Bar No.: 379883
        3218 O Street, NW
        Suite Two
        Washington, D.C. 20007
        202-333-2922

## CERTIFICATE OF SERVICE

    I hereby certify that a true and complete copy of this Notice of Appearance was sent via electronic case filing management system and first class mail to Vince Caputy, Office of the United States Attorney, 555 4th Street, N.W., Washington, D.C. 20530 and to Danielle Courtney Jahn, Office of the Federal Public Defender for the District of Columbia, 625 Indiana Avenue, N.W., Suite 550, Washington, D.C. 20004 on this _____ day of March 2008.

        _____/S/_____
        Billy L. Ponds