UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
                         :
v.                       :   Case No.: 1:08-M.J-00167-1
                         :   Judge John M. Facciola
TERRY WILLIAMS           :   Pending Grand Jury
                         :
         Defendant.      :
================================

## MOTION FOR SUBSTITUTION OF COUNSEL

Terry Williams, by and through undersigned counsel, Billy L. Ponds, of the Ponds Law Firm, respectfully submits the Motion for Substitution of Counsel and requests that this Court enter an Order granting this motion. As grounds for this request, the defendant states as follows:

Undersigned counsel was recently retained to represent Mr. Terry Williams in the above-captioned case.

Mr. Williams desires to have the appearance of his current attorney, Danielle Courtney Jahn, Esquire, withdrawn as counsel of record in this case. Accordingly, it is Mr. Williams' request that the appearance of Danielle Courtney Jahn, Esquire be withdrawn as counsel of record and substituted by undersigned counsel, Billy L. Ponds, Esquire as his attorney in this case.

WHEREFORE, for the above-stated reasons, the defendant respectfully requests that the Court grant the Motion for Substitution of Counsel.

                                    Terry Williams
                                       By Counsel

Respectfully submitted,

\_\_\_\_\_/S/_____
Billy L. Ponds
The Ponds Law Firm
Bar No.: 379883
3218 O Street, NW
Suite Two
Washington, D.C. 20007
202-333-2922

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Motion for Substitution of Counsel was sent via electronic case filing management system and first class mail to Vince Caputy, Office of the United States Attorney, 555 4th Street, N.W., Washington, D.C. 20530 and to Danielle Courtney Jahn, Office of the Federal Public Defender for the District of Columbia, 625 Indiana Ave, NW, Suite 550, Washington, DC 20004 on this \_\_\_\_\_ day of March 2008.

\_\_\_\_\_/S/_____
Billy L. Ponds

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
                               :
      v.                      :   Case No.: 1:08-MJ-00167-1
                               :   Judge John M. Facciola
TERRY WILLIAMS            :   Pending Grand Jury
                               :
        Defendant.       :
==================================

## ORDER

THIS CAUSE having come before the Court on the Motion for Substitution of Counsel, and that Motion having been considered by the Court, and for good cause shown, it is this _____ day of _____, 2008,

ORDERED, that the Motion for Substitution of Counsel is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the appearance of Billy L. Ponds, Esquire, replaces Danielle Courtney Jahn, as counsel of record.

                                                        _____
                                                        JUDGE

cc:    Billy L. Ponds
        The Ponds Law Firm
        3218 O Street, NW
        Suite Two
        Washington, D.C. 20007

        Vince Caputy
        Office of the United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530

        Danielle Courtney Jahn
        Office of the Federal Public Defender
        For The District of Columbia
        625 Indiana Ave, NW
        Suite 550
        Washington, DC 20004